UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>270 SOUTH ABBOTT, LLC,<br><br>  Defendant. | Case No.18-cv-05928-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff Scott Johnson filed the present action on September 27, 2018. Dkt. No. 1. Pursuant to General Order No. 56, the parties' last day to conduct a joint site inspection was January 10, 2019, and Mr. Johnson's last day to file a notice of need for mediation was February 21, 2019. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation.

The Court possesses the inherent power to dismiss an action *sua sponte* "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Mr. Johnson is directed to file a written response to this order by March 1, 2019 and to appear before the Court on March 5, 2019 at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 22, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge